IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Robert E | Case Number: 05 B 60742 |
|---|---|---|
| | Jones, Phyllis J | Judge: Goldgar, A. Benjamin |
| | Printed: 2/7/06 | Filed: 10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Transferred: January 5, 2006
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Capital One | Unsecured | | No Claim Filed |
| 2. | Debt Credit | Unsecured | | No Claim Filed |
| 3. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 4. | Bank One | Unsecured | | No Claim Filed |
| 5. | Capital One | Unsecured | | No Claim Filed |
| 6. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 7. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 8. | Cellular One | Unsecured | | No Claim Filed |
| 9. | CarMax Auto Finance | Unsecured | | No Claim Filed |
| 10. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 11. | Citicorp | Unsecured | | No Claim Filed |
| 12. | Discover Financial Services | Unsecured | | No Claim Filed |
| 13. | Chase Manhattan | Unsecured | | No Claim Filed |
| 14. | Citicorp | Unsecured | | No Claim Filed |
| 15. | CitiFinancial | Unsecured | | No Claim Filed |
| 16. | Citicorp Credit Services | Unsecured | | No Claim Filed |
| 17. | Beneficial National Bank | Unsecured | | No Claim Filed |
| 18. | Cooke Berger | Unsecured | | No Claim Filed |
| 19. | First Bank Of Marin | Unsecured | | No Claim Filed |
| 20. | Horseshoe Casino Hammond Corp | Unsecured | | No Claim Filed |
| 21. | Leeper & Farha | Unsecured | | No Claim Filed |
| 22. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 23. | Limits Depot Federal Credit Union | Unsecured | | No Claim Filed |
| 24. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 25. | Palisade Collections Inc | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**    Jones, Robert E                          Case Number: 05 B 60742
             Jones, Phyllis J                        Judge: Goldgar, A. Benjamin
             Printed: 2/7/06                         Filed: 10/15/05

| | | | | |
|---|---|---|---|---|
| 26. | Monogram Bank | Unsecured | | No Claim Filed |
| 27. | Midland Credit Management | Unsecured | | No Claim Filed |
| 28. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 29. | Nicor Gas | Unsecured | | No Claim Filed |
| 30. | Northwest | Unsecured | | No Claim Filed |
| 31. | Ameritech | Unsecured | | No Claim Filed |
| 32. | NW Collector | Unsecured | | No Claim Filed |
| 33. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 34. | Park Dansan | Unsecured | | No Claim Filed |
| 35. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 36. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 37. | USA Payday Loans | Unsecured | | No Claim Filed |
| 38. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 39. | True Green Chemlawn Naperville | Unsecured | | No Claim Filed |
| 40. | RMI/MCSI | Unsecured | | No Claim Filed |

                                                                             _____             _____
                                                                                $ 0.00             $ 0.00

### TRUSTEE FEE DETAIL

                                       <u>Fee Rate</u>               <u>Total Fees</u>
                                                                  _____
                                                                    $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                       Marilyn O. Marshall, Trustee, by:

                                       *Denise Ashley*
                                       _____