```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 60742
   ROBERT E JONES
   PHYLLIS J JONES                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-6745     SSN XXX-XX-0055
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 07/26/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 12400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BASS & ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 733.83 | .00 | 733.83 |
| CAPITAL ONE BANK | UNSECURED | 669.90 | .00 | 669.90 |
| CARMAX AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SRVS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| HORSESHOE CASINO | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 1401.57 | .00 | 1401.57 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LEEP PULLIAM | UNSECURED | NOT FILED | .00 | .00 |
| STONE MCQUIRE ET AL | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 628.87 | .00 | 628.87 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 509.44 | .00 | 509.44 |

```
NICOR GAS                    UNSECURED     NOT FILED          .00         .00
NORTHWEST BANK               UNSECURED     NOT FILED          .00         .00
NORTHWEST COLLECTION         UNSECURED     NOT FILED          .00         .00
PALISADES COLLECTION         UNSECURED     NOT FILED          .00         .00
PARK DANSAN                  UNSECURED     NOT FILED          .00         .00
PEOPLES GAS                  UNSECURED     NOT FILED          .00         .00
PEOPLES GAS                  UNSECURED     NOT FILED          .00         .00
RMI                          FILED LATE          .00          .00         .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED     NOT FILED          .00         .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED     NOT FILED          .00         .00
TRU GREEN CHEMLAWN           UNSECURED     NOT FILED          .00         .00
TEN MINUTE PAY DAY LOANS     UNSECURED     NOT FILED          .00         .00
TITLE LENDERS INC            SECURED          2500.00      175.39     2500.00
COOKE BURGESS                UNSECURED     NOT FILED          .00         .00
RESURGENT CAPITAL SERVIC     UNSECURED         517.41         .00      517.41
RESURGENT CAPITAL SERVIC     UNSECURED         959.93         .00      959.93
ILLINOIS DEPT REVENUE        FILED LATE          .00          .00         .00
CAPITAL ONE BANK             UNSECURED         683.47         .00      683.47
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    2500.00          .00      6104.42         .00     8604.42
PRINCIPAL PAID        2500.00          .00      6104.42         .00     8604.42
INTEREST PAID          175.39          .00           .00        .00      175.39
TOTAL PAID            2675.39          .00      6104.42         .00     8779.81
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   3100.00
and was paid $      94.80   direct and $    3005.20   through the plan.

The Trustee received $     508.62 .

Refunds to the Debtor totaled $     106.37 .




          Dated: 08/19/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                         PAGE   3
   CASE NO. 05 B 60742 ROBERT E JONES & PHYLLIS J JONES
```